SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
OMAR LUNA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>          Plaintiff,<br><br>     vs.<br><br>RAMSHYN DANESHI D/B/A SWINGING DOOR BBQ; SAMRAN THOMLOI, AS TRUSTEE OF THE SAMRAN THOMLOI INTER VIVOS TRUST; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:20-cv-09769 - FMO (AFMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RAMSHYN DANESHI D/B/A SWINGING DOOR BBQ** |

**PLEASE TAKE NOTICE** that Plaintiff OMAR LUNA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant RAMSHYN DANESHI D/B/A SWINGING DOOR BBQ ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: December 10, 2020   SO. CAL. EQUAL ACCESS GROUP

By:    */s/ Jason J. Kim*
        Jason J. Kim
        Attorneys for Plaintiff