JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA, | ) Case No. CV 20-9769 FMO (AFMx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| RAMSHYN DANESHI, et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of February, 2021.

/s/
Fernando M. Olguin
United States District Judge